(November 13, 1978)

■ In the Matter of MARLENE AKSEN, Petitioner, v RICHARD J. DARONCO, as Judge of the County Court of Westchester County, and as Pistol Licensing Officer, Respondent.—Proceeding, pursuant to CPLR article 78 to review a determination disapproving the petitioner's application for a pistol license. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. We find that the determination denying the petitioner a pistol license was not arbitrary or capricious, and is supported by substantial evidence on the record. Mollen, P. J., Rabin, Gulotta and Shapiro, JJ., concur.

■ EVELYN BROWN, Respondent, v JAMES BROWN, Appellant.—In a matrimonial action in which the plaintiff wife was granted a judgment of divorce, dated May 28, 1977, and was awarded therein exclusive possession of the marital premises, defendant appeals, as limited by his brief, from so much of an order of the Supreme Court, Nassau County, dated October 31, 1977, as, after a hearing, denied his application to modify the judgment by vacating the award of exclusive possession of the marital premises. Order affirmed insofar as appealed from, without costs or disbursements. Special Term did not abuse its discretion in denying defendant's application to vacate the award to plaintiff of exclusive possession of the marital premises (see *Ripp v Ripp,* 38 AD2d 65, affd 32 NY2d 755). Mollen, P. J., Latham, Damiani and Titone, JJ., concur.